

# Missouri Court of Appeals
## Southern District

**JUNE 18, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33616

     Re:    IN THE INTEREST OF:
             D.P.P.
             A CHILD UNDER SEVENTEEN
             YEARS OF AGE.